Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed
March 7, 2006









Petition for Writ of Mandamus Dismissed and Memorandum
Opinion filed March 7, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00082-CV

____________

 

IN RE JERRY MACK WRIGHT, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M  O P I N I O N

On February 1, 2006, Relator Jerry
Mack Wright filed a petition for writ of mandamus in this Court,[1]
requesting we direct the Honorable Jim York, Judge of the 246th District Court
of Harris County, Texas, to hold a permanency hearing under the Family Code. Relator has filed an unopposed motion to dismiss this
mandamus indicating the case has gone to trial and settled.  Accordingly, the motion is granted and the
petition for writ of mandamus is ordered dismissed.  

PER CURIAM

 

Panel consists of
Chief Justice Hedges, and Justices Yates and Guzman.  











[1]See Tex. Gov=t Code Ann '22.221 (Vernon 2004); see  also  Tex. R. App. P. 52.1.